HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME S. DAWSON, ) | Case No. 2:24-cv-02407-DAD-DMC |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until January 2, 2025, in which to e-file her Motion for Summary Judgment which is due on December 2, 2024. Defendant shall file any opposition, including cross-motion, on or before February 3, 2025. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER

1

Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: November 19, 2024          /s/HARVEY P. SACKETT
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  JAIME S. DAWSON

Dated: November 19, 2024          /s/JUSTIN LANE MARTIN
                                  JUSTIN LANE MARTIN
                                  Special Assistant U.S. Attorney
                                  Social Security Administration
                                  [*As authorized by email 11/19/24]

IT IS ORDERED.

DATED: NOVEMBER 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER