HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME S. DAWSON,           ) | Case No. 2:24-cv-02407-DAD-DMC |
|     Plaintiff,               ) | |
| v.                                        ) | STIPULATION AND ORDER |
| MICHELLE KING,[1]            ) | |
| Acting Commissioner of Social Security,  ) | |
|     Defendant.              ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until February 7, 2025, in which to e-file her Reply Brief which is due on January 24, 2025. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Martin O'Malley as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER

1

Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   January 21, 2025           */s/HARVEY P. SACKETT*
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    JAIME S. DAWSON

Dated:   January 21, 2025           */s/JEFFREY E. STAPLES*
                                    JEFFREY E. STAPLES
                                    Special Assistant U.S. Attorney
                                    Social Security Administration
                                    [*As authorized by email 1/21/25]

IT IS ORDERED.

DATED:  JANUARY 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER